**FORTH DIVISION**
**RICKMAN, C. J.,**

**NOTICE:** Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules

**July 20, 2022**

# In the Court of Appeals of Georgia

A20A1490. THE STATE v. AWAD.

RICKMAN, Chief Judge.

In *Awad v. State*, 313 Ga. 99 (868 SE2d 219) (2022), the Supreme Court of Georgia reversed the judgment of this Court in *State v. Awad*, 357 Ga. App. 255 (850 SE2d 454) (2020). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Dillard, P. J., and Brown, J., concur.*